

# NUMBER 13-20-00457-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JAMES BROWN AND
 EARLINE DAVIS-BROWN,                                        Appellants,

v.

JERROD WAYNE PILLANS,                                         Appellee.

### On appeal from the 13th District Court
### of Navarro County, Texas

# ORDER

### Before Justices Benavides, Longoria, and Tijerina
### Order Per Curiam

Appellant's counsel, Corwyn Davis, has filed a motion to withdraw as counsel asserting that he was retained for a limited purpose and was unintentionally left on the notice of appeal. Appellants did not file an objection to the motion.

The motion indicates appellant was advised of current deadlines; however, after the filing of the motion, the clerk and reporter's records were received by the Court, and

new deadlines now exist. Appellant's brief is now due to be filed in this Court on March 1, 2021. Therefore, pursuant to Rule 6.5(c) of the Texas Rules of Appellate Procedure, counsel is directed to notify appellant, in writing, of any previously undisclosed deadlines and file a copy of that notice with the Clerk of this Court.

The Honorable Corwyn Davis' motion to withdraw is hereby granted, and appellants are directed to notify this Court promptly if they retain new counsel on appeal by filing a notice including that attorney's name, mailing address, telephone number, facsimile number, email, and State Bar of Texas identification number. *See generally* TEX. R. APP. P. 6. Furthermore, if appellant fails to timely file a brief on or before March 1, 2021, the Court may dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8.

PER CURIAM

Delivered and filed on the
26th day of February, 2021.